Kevin C. Barrett, State Bar No. 020104
Amanda J. Taylor, State Bar No. 024006
**Barrett & Matura, P.C.**
8925 East Pima Center Parkway, Suite 100
Scottsdale, Arizona 85258
Telephone: (602) 792-5705
Facsimile: (602) 792-5710
kbarrett@barrettmatura.com
ataylor@barrettmatura.com

Attorneys for Defendant NGM Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Salram Enterprises, LLC, an Arizona limited liability company, | Case No. |
| Plaintiff, | **NGM'S NOTICE OF REMOVAL** |
| v. | |
| NGM Insurance Company, a Florida corporation, | |
| Defendant. | |

Defendant NGM Insurance Company ("NGM"), by and through counsel undersigned, submits this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and provides the following grounds for removal.

1.      This matter was commenced in the Superior Court of the State of Arizona in and for the County of Maricopa on July 24, 2018 with the filing of a Complaint, Certificate of Arbitration, and Demand for Jury Trial.

2.      The Summons, Affidavit of Service, Complaint, Certificate of Arbitration, Civil Cover Sheet, and Demand for Jury Trial constitutes all process and proceedings filed and served on NGM in the case, copies of which are attached hereto at Exhibit A.

3.      Defendant NGM is a subsidiary of The Main Street American Group, Inc., a domestic insurance holding corporation with its principal place of business and citizenship in the State of Florida.

4.      Plaintiff Salram Enterprises, LLC is a resident of the State of Arizona (*see* Complaint, attached as Exhibit A).

5.      This action is one over which the United States District Courts have jurisdiction pursuant to 28 USC § 1332, by reason of the diversity of the citizenship of the parties.

6.      Defendant NGM has not pled, answered, or otherwise appeared in this action.

7.      Defendant NGM has filed this Notice within 30 days after receipt of the initial pleading setting forth the claim for relief upon which the action is based, and within one year after the commencement of the action. Removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

8.      The amount in controversy exceeds the requisite $75,000.  (*See* Complaint, attached as Exhibit A).

9.      A copy of this Notice is being filed with the Clerk of the Superior Court of the State of Arizona in and for the County of Maricopa.

WHEREFORE, Defendant NGM respectfully requests that this action be removed from the Superior Court of Arizona in and for the County of Maricopa to the United States District Court for the District of Arizona, and that further proceedings in the Superior Court of Arizona regarding the action be stayed pursuant to 28 U.S.C. § 1446.

Dated on August 22, 2018.

GRAIF BARRETT & MATURA, P.C.


By:___/s/ Kevin C. Barrett_____
        Kevin C. Barrett
        Amanda J. Taylor
        8925 East Pima Center Parkway
        Suite 100
        Scottsdale, Arizona 85258
        Attorneys for Defendant NGM Insurance
        Company

2

1

2

**CERTIFICATE OF SERVICE**

3

4
         I hereby certify that on August 22, 2018, I electronically transmitted the foregoing
document to the Clerk's Office using the CM/ECF system for filing and that a copy of
same was deposited for mailing, first class mail, postage prepaid, to the following:

5

6
Kesha A. Hodge
**MERLIN LAW GROUP, P.A.**

7
2999 N. 44th Street, Suite 520
Phoenix, Arizona 85018

8
*Attorney for Plaintiff*

9

10
/s/ Carolyn J. Harrington

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28